UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN GONZALEZ YANES, | Case No. 5:25-cv-02647-ODW-JC |
| Petitioner, | |
| v. | ORDER REQUIRING ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS |
| DEPARTMENT OF HOMELAND SECURITY, | |
| Respondents. | |

On October 2, 2025, petitioner, who is proceeding pro se, filed a "Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241" ("Petition") that was entered on the docket and assigned to this Court on October 12, 2025. The Petition reflects that petitioner is in the custody of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") and claims, among other things, that he is being unlawfully detained.

To facilitate the just, speedy, and inexpensive determination of this action, IT IS HEREBY ORDERED:

1.     The Clerk of this Court shall promptly serve (a) a copy of the Petition and this Order on the United States Attorney for the Central District of California; and (b) a copy of this Order on petitioner.

2.      Within ten (10) days, respondent shall file and serve a notice of appearance, notifying the court of the name of the attorney who will have primary responsibility for this case, together with the address where the attorney may be served, the attorney's e-mail address, and the attorney's telephone and facsimile numbers.

3.      Respondent shall file an Answer to the Petition within twenty-three (23) days of the date of this Order.

4.      Petitioner may file any Reply to the Answer within fourteen (14) days of the date that the Answer is filed.

5.      Unless otherwise ordered by the Court, this case shall be deemed submitted on the date Petitioner's Reply to Respondent's Answer is due.

IT IS SO ORDERED.


DATED:  October 14, 2025

                                        /s/
                    _____
                    Honorable Jacqueline Chooljian
                    UNITED STATES MAGISTRATE JUDGE