UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN GONZALEZ YANES,<br><br>Petitioner,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Respondent | Case No. 5:25-cv-02647-ODW-AYP<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the "Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241" ("Petition"), the parties' submissions in connection therewith, and all of the records herein, including the January 15, 2026 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that (1) the Petition is denied and the Petition and this action are dismissed without prejudice; and (2) the Clerk shall enter Judgment accordingly.

IT IS SO ORDERED.

DATED: February 20, 2026

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE