UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN GONZALEZ YANES, | Case No. 5:25-cv-02647-ODW-AYP |
| Petitioner, | JUDGMENT |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, | |
| Respondent. | |

_____

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition") is denied and the Petition and this action are dismissed without prejudice; and (2) the Clerk shall enter Judgment accordingly.

IT IS SO ADJUDGED.

DATED:  February 20, 2026

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE